HEATHER J. HUBBARD, *admitted pro hac vice*
heather.hubbard@wallerlaw.com
LAURA P. MERRITT, *admitted pro hac vice*
laura.merritt@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615-244-6380
Facsimile: 615-244-6804

PAUL L. GALE, SBN 65873
paul.gale@troutmansanders.com
SIAVASH DANIEL RASHTIAN, SBN 228644
daniel.rashtian@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

*Attorneys for Defendant and Counter-Claimant
FIN BRANDING GROUP, LLC f/k/a FINITI
BRANDING GROUP, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUYAN INVESTMENT HOLDINGS LIMITED,<br><br>             Plaintiff,<br><br>      v.<br><br>SOTTERA, INC.,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  CV 12-05454 GAF (FFMx) consolidated with CV 12-05455 GAF (FFMx), CV 12-05456 GAF (FFMx), CV 12-05462 GAF (FFMx), CV 12-05466 GAF (FFMx), CV 12-05468 GAF (FFMx), CV 12-05472 GAF (FFMx), CV 12-05477 GAF (FFMx), CV 12-05482 GAF (FFMx), and CV 12-06268 GAF (FFMx)<br><br>Hon. Gary A. Feess<br><br>**JOINT STATUS REPORT** |

20563922v1

1  Pursuant to the Court's February 28, 2013 Order (Doc. 47), the parties
2  hereby submit the following joint status report.
3  The *Inter Partes* Reexamination of Patent No. 8,156,944 (the "'944 Patent")
4  asserted by Plaintiff Ruyan Investment (Holdings) Limited ("Ruyan") in this action
5  is pending in the United States Patent and Trademark Office (the "USPTO"). To
6  date, there has been no further activity in the Reexamination proceeding (No.
7  95/002,235) since the parties' last report to the Court.

Dated: June 18, 2013    TROUTMAN SANDERS LLP

By: /s/ Siavash Daniel Rashtian
Siavash Daniel Rashtian

Attorneys for Defendant and Counter-Claimant FIN BRANDING GROUP, LLC f/k/a FINITI BRANDING GROUP, LLC

*Pursuant to L.R. 5-4.3.4, Siavash Daniel Rashtian hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: June 18, 2013    PERKINS COIE LLP

By: /s/ Lauren Sliger
Lauren Sliger

Attorneys for Plaintiff and Counter-Defendant RUYAN INVESTMENT (HOLDINGS) LIMITED

Dated: June 18, 2013    MCGUIRE WOODS LLP

By: /s/ Laura E. Coombe
Laura E. Coombe
David E. Finkelson
William N Federspiel

Attorneys for Defendant and Counter-Claimant LOEC, Inc.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20563922v1

- 1 -

JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | Dated: June 18, 2013 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Nicole M. Smith |
| | | Nicole M. Smith |
| 4 | | Adam S. Yap |
| | | Ashleigh K. Landis |
| 5 | | Attorneys for Defendants and Counter-Claimants CB DISTRIBUTORS, Inc and DR DISTRIBUTORS, LLC |
| 6 | | |
| 7 | Dated: June 18, 2013 | KELLY & KELLEY, LLP |
| 8 | | |
| 9 | | By: /s/ Michael A. DiNardo |
| | | John E. Kelly |
| 10 | | Michael A. DiNardo |
| 11 | | Attorneys for Defendant and Counter-Claimant SPARK INDUSTRIES, LLC |
| 12 | Dated: June 18, 2013 | FAEGRE BAKER DANIELS LLP |
| 13 | | |
| 14 | | By: /s/ Joel D. Sayres |
| | | Nina Y. Wang |
| 15 | | Joel D. Sayres |
| 16 | | Attorneys for Defendant and Counter-Claimant NICOTEK LLC. |
| 17 | | |
| 18 | Dated: June 18, 2013 | CUMMINS & WHITE LLP |
| 19 | | |
| 20 | | By: /s/ Iman Reza |
| | | Iman Reza |
| 21 | | Attorney for Defendant and Counter-Claimant VAPOR CORP. |
| 22 | | |
| 23 | Dated: June 18, 2013 | FOLEY & LARDNER LLP |
| 24 | | |
| 25 | | By: /s/ Victor de Gyarfas |
| | | Victor de Gyarfas |
| 26 | | Attorney for Defendant and Counter-Claimant LOGIC TECHNOLOGY DEVELOPMENT LLC |
| 27 | | |
| 28 | | |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

20563922v1

- 2 -

JOINT STATUS REPORT

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| | |
|---|---|
| Dated:  June 18, 2013 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP |
| | By: /s/ Gerson S. Panitch<br>     Gerson S. Panitch |
| | Attorney for Defendant and Counter-Claimant SOTTERA, INC. |
| Dated:  June 18, 2013 | DAMAN, LLC |
| | By: /s/ Andre Jon St Laurent<br>     Andre Jon St Laurent |
| | Attorney Defendant and Counter-Claimant SAFE CIG LLC |

20563922v1