1  Michael J. Wise, Bar No. 143501
   MWise@perkinscoie.com
2  Lara J. Dueppen, Ph.D., Bar No. 259075
   LDueppen@perkinscoie.com
3  PERKINS COIE LLP
4  1888 Century Park East, Suite 1700
   Los Angeles, California 90067-1721
5  Telephone: (310) 788-9900
   Facsimile: (310) 788-3399
6

7  *Attorneys for FONTEM HOLDINGS 1 B.V.
   AND FONTEM VENTURES B.V.*
8

9  [Defendant's Counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUYAN INVESTMENT HOLDINGS LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>SOTTERA, INC., *et al.,*<br><br>  Defendants. | Case No. CV 12-5454-GAF (FFMx) and related consolidated case: CV 12-5477<br><br>ASSIGNED TO:<br><br>**JOINT MOTION FOR STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>*([Proposed] Stipulated Consent Judgment and Permanent Injunction filed concurrently)* |

Fontem Holdings 1 B.V. ("Fontem Holdings") and Fontem Ventures B.V. ("Fontem Ventures") (collectively, the "Fontem entities"), and Defendant, Nicotek LLC (collectively, the "Parties"), jointly move, pursuant to Fed. R. Civ. P. 54, for entry of the proposed Stipulated Consent Judgment and Permanent Injunction attached hereto as Exhibit A.[1]  In support of this Motion, the Parties hereby notify the Court that they have reached an agreement to settle this case subject to, and in accordance with, the terms of the proposed Stipulated Consent Judgment and Permanent Injunction.  Accordingly, the Parties respectfully request that the Court enter the proposed Stipulated Consent Judgment and Permanent Injunction and terminate this case.

Dated: November 14, 2019                Respectfully submitted,

*/s/ Joel D. Sayres*                            */s/ Michael J. Wise*

Joel D. Sayres Bar No. 223399           Michael J. Wise, Bar No. 143501
Joel.Sayres@FaegreBD.com                Lara J. Dueppen, Bar No. 259075
FAEGRE BAKER DANIELS LLP                PERKINS COIE LLP
1144 15th Street, Suite 3400            1888 Century Park East, Suite 1700
Denver, Colorado 80202-2569             Los Angeles, California 90067
Telephone: 303.607.3500                 Telephone: (310) 788-9900
Facsimile: 303.607.3600                 Facsimile: (310) 788-3399
*Attorneys for Defendant,*              *Attorneys for FONTEM HOLDINGS 1*
*NICOTEK LLC*                           *B.V. AND FONTEM VENTURES B.V.*

---

[1] On February 25, 2013, the Court administratively stayed this action pending reexamination of the asserted patent by the United States Patent and Trademark Office ("PTO").  *See* [Dkt. 46].  During the pendency of the stay, the original plaintiff, Ruyan Investment Holdings Limited, assigned all right, title, and interest in and to the '944 patent (including all causes of action and enforcement rights and the right to be substituted into this action) to Fontem Holdings.  *See* [Dkt. 63], [63-1]. Fontem Holdings, in turn, has granted a related entity, Fontem Ventures, an exclusive license to the '944 Patent, including the right to sue for past, present and future infringement.  The Fontem entities are the real parties in interest and have simultaneously filed a Motion to Substitute Under Federal Rule of Civil Procedure 25(c).

**ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4, I attest that all of the signatory listed on the above signature page, and on whose behalf this filing is submitted, has authorized the filing.

DATED: November 22, 2019

**PERKINS COIE LLP**

By: */s/ Michael J. Wise*
    Michael J. Wise

Attorneys for *FONTEM VENTURES B.V.* and *FONTEM HOLDINGS 1 B.V.*